BENJAMIN VOLTZOW, BY HIS NEXT FRIEND, WILLIAM VOLTZOW, AND WILLIAM VOLTZOW, PLAINTIFFS, v. PIETRO COFRANCESCO, DEFENDANT.

Decided February 20, 1923.

For the plaintiffs, *Weinberger & Weinberger.*

For the defendants, *Wayne Dumont.*

PER CURIAM.

This is a second rule to show cause. On the previous rule the verdict was set aside. If this present verdict is a concurring one we are required to dismiss the rule, following *Brown* v. *Paterson Parchment Paper Co.,* 69 *N. J. L.* 474. It is clearly concurring on the question of liability. It is equally clear that it is not concurring on the question of the amount of that liability; the jury in the later trial awarded much higher damages than in the former.

We think, however, that under the circumstances, two juries having found a verdict in favor of the plaintiff for large amounts, we ought not to interfere since the amount of the damages is properly a jury question.

Let the rule be discharged, with costs.